**George E. MURRY, Appellant, v. Martin E. MUSSER, Appellee.**

No. 5813.

Circuit Court of Appeals, Third Circuit.

Jan. 31, 1936.

John N. Landberg, of Philadelphia, Pa., for appellant.

George T. Hambright and John E. Malone, both of Lancaster, Pa., for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Assuming for present purposes that this court has jurisdiction in the premises and considering the case on the merits, we are of opinion the judge below committed no error of fact or law; and we, therefore, affirm the order entered by him.

**NATIONAL SURETY COMPANY, a Corporation, v. UNITED STATES of America.**

No. 1391.

Circuit Court of Appeals, Tenth Circuit.

Feb. 22, 1936.

M. A. Kline, of Cheyenne, Wyo., for appellant.

John C. Pickett, Asst. U. S. Atty., of Cheyenne, Wyo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**Adolphe C. PETERSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 10624.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1936.

Adolphe C. Peterson, of Minneapolis, Minn., pro se.

Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Petition to review docketed and dismissed on motion of respondent, without costs to either party in this court, etc.

**PUBLIC UTILITY INVESTING CORPORATION, a Delaware Corporation, and Associated Utilities Corporation, a Delaware Corporation, Appellants, v. UTILITIES POWER & LIGHT CORPORATION, a Virginia Corporation, Appellee.**

No. 4001.

Circuit Court of Appeals, Fourth Circuit.

April 17, 1936.

John S. Eggleston, of Richmond, Va., and Alfred W. Bressler and Garrett A. Brownback, both of New York City, for appellants.

Thomas B. Gay, of Richmond, Va., and Dwight H. Green, of Chicago, Ill., for appellee.

PER CURIAM.

On stipulation and agreement of counsel, appeal is dismissed, without costs.